```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675017163
Cashier ID: ehawkins
Transaction Date: 06/09/2011
Payer Name: RILEY WARNOCK JACOBSON
------------------------------------
PRO HOC VICE
 For: JOEL A BLANCHET
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:      $75.00
PRO HOC VICE
 For: JAMES MAXWELL COOPER
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:      $75.00
PRO HOC VICE
 For: PETER DUFFY DOYLE
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:      $75.00
PRO HOC VICE
 For: EVAN JUDE SAUCIER
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:      $75.00
------------------------------------
CHECK
 Check/Money Order Num: 27878
 Amt Tendered: $300.00
------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

3:11-0433
```