ORDER:
Motion granted.

*[signature]* E. Clifton Knowles
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:11-cv-00433 |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and LARRY CASH, | ) ) ) ) ) | Judge Nixon<br>Magistrate Judge Knowles |
| Defendants. | ) | |

### MOTION TO ADMIT JAMES MAXWELL COOPER PRO HAC VICE

Pursuant to Local Rule 83.01(d), Defendants Community Health Systems, Inc., Wayne T. Smith, and Larry Cash, hereby move the Court for an Order allowing James Maxwell Cooper, of the firm Kirkland & Ellis, LLP, Citigroup Center, 601 Lexington Avenue, New York, NY 10022, to appear and practice in this action. As evidenced by the Certificate of Good Standing submitted herewith, Mr. Cooper is a member in good standing of the Bar of the State of New York and is admitted to practice before the United States District Court, Southern District of New York.