ORDER:
Motion granted.

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

*E. Clifton Knowles*
U.S. Magistrate Judge

| | | |
|---|---|---|
| **NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 3:11-cv-00433** |
| | ) | **Judge Nixon** |
| **COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and LARRY CASH,** | ) ) ) ) | **Magistrate Judge Knowles** |
| **Defendants.** | ) | |

### MOTION TO ADMIT PETER DUFFY DOYLE PRO HAC VICE

Pursuant to Local Rule 83.01(d), Defendants Community Health Systems, Inc., Wayne T.

Smith, and Larry Cash, hereby move the Court for an Order allowing Peter Duffy Doyle, of the

firm Kirkland & Ellis, LLP, Citigroup Center, 601 Lexington Avenue, New York, NY 10022, to

appear and practice in this action. As evidenced by the Certificate of Good Standing submitted

herewith, Mr. Doyle is a member in good standing of the Bar of the State of New York and is

admitted to practice before the United States District Court, Southern District of New York.

s/ John R. Jacobson
John R. Jacobson (BPR # 14365)
Milton S. McGee (BPR #
James N. Bowen (BPR #
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700 – telephone
(615) 320-3737 – facsimile
jjacobson@rwjplc.com
tmcgee@rwjplc.com
jbowen@rwjplc.com

Attorneys for Defendants