ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 3:11-cv-00433 Judge Nixon |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and LARRY CASH, | ) ) ) ) | Magistrate Judge Knowles |
| Defendants. | ) | |

**MOTION TO ADMIT EVAN JUDE SAUCIER PRO HAC VICE**

Pursuant to Local Rule 83.01(d), Defendants Community Health Systems, Inc., Wayne T. Smith, and Larry Cash, hereby move the Court for an Order allowing Evan Jude Saucier, of the firm Kirkland & Ellis, LLP, Citigroup Center, 601 Lexington Avenue, New York, NY 10022, to appear and practice in this action. As evidenced by the Certificate of Good Standing submitted herewith, Mr. Saucier is a member in good standing of the Bar of the State of New York and is admitted to practice before the United States District Court, Southern District of New York.

s/ John R. Jacobson
John R. Jacobson (BPR # 14365)
Milton S. McGee (BPR #
James N. Bowen (BPR #
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700 – telephone
(615) 320-3737 – facsimile
jjacobson@rwjplc.com
tmcgee@rwjplc.com
jbowen@rwjplc.com

Attorneys for Defendants