UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>- v. -<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH,<br><br>*Defendants.* | Civil Action No. 11-cv-0433<br><br>Judge John T. Nixon<br>Magistrate Judge E. Clifton Knowles |
| DE ZHENG, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>- v. -<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH,<br><br>*Defendants.* | Civil Action No. 11-cv-0451<br><br>Judge John T. Nixon<br>Magistrate Judge E. Clifton Knowles |
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>- v. -<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH and THOMAS MARK BUFORD,<br><br>*Defendants.* | Civil Action No. 11-cv-0601<br><br>Judge Kevin H. Sharp<br>Magistrate Judge E. Clifton Knowles |

**NYC FUNDS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934, upon the accompanying (1) Declaration of Barbara J. Hart and the exhibits thereto, (2) Declaration of Karen J. Seemen and the exhibits thereto; and (3) the Memorandum of Law in Support of the NYC Funds' Motion For Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel in the above-captioned actions, the NYC Funds move the Court for an Order (1) consolidating the above-captioned actions, (2) appointing the NYC Funds as Lead Plaintiff and (3) approving its choice of counsel, Lowey Dannenberg Cohen & Hart, P.C., as Lead Counsel for plaintiffs and the putative class, and Miller & Martine PLLC as local counsel. A proposed form of order is submitted herewith.

Dated: July 8, 2011   MILLER & MARTIN PLLC

By:   s/ T. Harold Pinkley
T. Harold Pinkley (TN Bar No.: 009830)
Kyle A. Young (TN Bar No.: 028357)
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
Phone (615) 744-8548
Fax (615) 744-8643

*Local Counsel*

LOWEY DANNENBERG COHEN & HART, P.C.
Barbara J. Hart
David C. Harrison
Thomas Skelton
Scott V. Papp
One North Broadway, Suite 509
White Plains, NY 10601
Telephone: (914) 997-0500
Telecopier: (914) 997-0035
E-mail: bhart@lowey.com

*Counsel for the NYC Funds and
[Proposed] Lead Counsel for Plaintiff Class*

# CERTIFICATE OF SERVICE

I hereby certify that, on this the 8th day of July, 2011, the foregoing was electronically filed with the Clerk of this Court using the Court's ECF system, which will automatically serve a copy of same upon the following attorneys of record:

Christopher J. Keller
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Email: ckeller@labaton.com

James Gerard Stranch , IV
Branstetter, Stranch & Jennings
227 Second Avenue, N
4th Floor
Nashville, TN 37201
Email: gstranch@branstetterlaw.com

Michael W. Stocker
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Email: mstocker@labaton.com

Rachel A. Avan
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Email: ravan@labaton.com

John R. Jacobson
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
Email: jjacobson@rwjplc.com

Evan Jude Saucier
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
Email: evan.saucier@kirkland.com

James Maxwell Cooper
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
Email: max.cooper@kirkland.com

Peter Duffy Doyle
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
Email: peter.doyle@kirkland.com

s/ T. Harold Pinkley
T. Harold Pinkley