ORDER:
Motion granted.

*signature*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and LARRY CASH,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:11-cv-00433<br>)   Judge Nixon<br>)   Magistrate Judge Knowles<br>)<br>)<br>)<br>) |

## MOTION TO ADMIT JOEL A. BLANCHET PRO HAC VICE

Pursuant to Local Rule 83.01(d), Defendants Community Health Systems, Inc., Wayne T. Smith, and Larry Cash, hereby move the Court for an Order allowing Joel A. Blanchet, of the firm Kirkland & Ellis, LLP, Citigroup Center, 601 Lexington Avenue, New York, NY 10022, to appear and practice in this action. As evidenced by the Certificate of Good Standing submitted herewith, Mr. Blanchet is a member in good standing of the Bar of the State of New York and is admitted to practice before the United States District Court, Southern District of New York.

                                                   s/ John R. Jacobson
                                                   John R. Jacobson (BPR # 14365)
                                                   Milton S. McGee (BPR #
                                                   James N. Bowen (BPR #
                                                   Riley Warnock & Jacobson, PLC
                                                   1906 West End Avenue
                                                   Nashville, Tennessee 37203
                                                   (615) 320-3700 – telephone
                                                   (615) 320-3737 – facsimile
                                                   jjacobson@rwjplc.com
                                                   tmcgee@rwjplc.com
                                                   jbowen@rwjplc.com

                                                   Attorneys for Defendants