# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | Civil Action No. 11-cv-0433 |
| *Plaintiff,* | Judge John T. Nixon<br>Magistrate Judge E. Clifton Knowles |
| - v. - | |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH, | |
| *Defendants.* | |
| DE ZHENG, individually and on behalf of all others similarly situated, | Civil Action No. 11-cv-0451 |
| *Plaintiff,* | Judge John T. Nixon<br>Magistrate Judge E. Clifton Knowles |
| - v. - | |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH, | |
| *Defendants.* | |
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, individually and on behalf of all others similarly situated, | Civil Action No. 11-cv-0601 |
| *Plaintiff,* | Judge Kevin H. Sharp<br>Magistrate Judge E. Clifton Knowles |
| - v. - | |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH and THOMAS MARK BUFORD, | |
| *Defendants.* | |

## NYC FUNDS' NOTICE OF UNREPORTED DECISIONS

Pursuant to Local Rule 7.01(e)(5), the NYC Funds attach hereto the entire text of the following unreported decisions cited in their Memorandum of Law in Further Support of the NYC Funds' Motion For Consolidation, Appointment As Lead Plaintiff And Approval Of Lead Counsel:

- Exhibit 1: *Burgraff v. Green Bankshares, Inc.*, Nos. 10-cv-0253, 10-cv-0014, 2011 WL 613281 (E.D. Tenn. Feb. 11, 2011);

- Exhibit 2: *Garden City Employees' Retirement System v. Psychiatric Solutions, Inc.*, C.A. 3:09-cv-0882, 2010 WL 1790763 (M.D. Tenn. April 30, 2010);

- Exhibit 3: *Goldberger v. PXRE Group, LTD.*, 2007 WL 980417 (S.D.N.Y., Mar. 30, 2007);

- Exhibit 4: *Hodges v. Immersion Corporation*, No. C-09-4073, 2009 WL 512917 (N.D. Cal. Dec. 21, 2009);

- Exhibit 5: *In re American Serv. Group*, C.A. 06-cv-0323, 2006 WL 2503648 (M.D. Tenn. Aug. 29, 2006);

- Exhibit 6: *In re AOL Time Warner Secs. and 'ERISA' Litig.*, MDL 1500, 02 Civ. 5575, 2006 WL 903236 (S.D.N.Y. Apr. 6, 2003);

- Exhibit 7: *In re Bally Total Fitness Sec. Litig.*, No. 04-C-3530, 2005 WL 627960 (N.D. Ill. Mar. 15, 2005);

- Exhibit 8: *In re Landry's Seafood Restaurant, Inc., Sec. Litig.*, No. Civ. H-99-1948, 2000 WL 33999467 (S.D.Tex. March 30, 2000);

- Exhibit 9: *In re NPS Pharmaceuticals, Inc. Sec. Litig.*, 2006 WL 6627948 (D. Utah 2006);

- Exhibit 10: *In re Regions Morgan Keegan Closed-End Fund Litig.*, No. 07-0236-SHM, 2010 WL 517385 (W.D. Tenn. Dec. 15, 2010);

- Exhibit 11: *In re Schering-Plough Corp. Sec. Litig.*, 2003 WL 25547564 (D.N.J. Oct. 10, 2003);

- Exhibit 12: *In re UTStarcom Inc. Sec. Litig.*, No. C04-04908JW, 2010 WL 1945737 (N.D. Cal. May 12, 2010);

- Exhibit 13: *In re Watchguard Sec. Litig.*, C05-678JLR, 2005 U.S. LEXIS 40923 (W.D. Wash. July 13, 2005);

- Exhibit 14: *Richardson v. TVIA, Inc.*, No. 06-06304 RMW, 2007 WL 1129344 (N.D. Cal. Apr. 16, 2007);

Exhibit 15: *Richman v. Goldman Sachs Group, Inc.*, Nos. 10 Civ. 03461(PAC), 10 Civ. 03493 (PAC), 2011 WL 2360291 (S.D.N.Y., March 25, 2011);

Exhibit 16: *Rosalind Maiden v. Merge Tech.*, No. 06-C-0349, 2006 WL 3404777 (E.D.Wisc. Nov. 26, 2006);

Exhibit 17: *Ruland v. Infosonics Corp.*, No. 06-cv-1231, 2006 WL 3746716 (S.D. Cal. Oct. 23, 2006); and

Exhibit 18: *Weiss v. Friedman, Billings, Ramsey Group, Inc.*, No. 05 Civ. 4617 (RJH), 2006 WL 197036 (S.D.N.Y. Jan. 25 2006).

Dated: July 25, 2011                MILLER & MARTIN PLLC

By:   s/T. Harold Pinkley
      T. Harold Pinkley (TN Bar No.: 009830)
      Kyle A. Young (TN Bar No.: 028357)
      1200 One Nashville Place
      150 Fourth Avenue, North
      Nashville, TN 37219
      Phone (615) 744-8548
      Fax (615) 744-8643

      *Local Counsel*

      LOWEY DANNENBERG COHEN & HART, P.C.
      Barbara J. Hart (admitted *pro hac vice*)
      David C. Harrison (admitted *pro hac vice*)
      Thomas Skelton (admitted *pro hac vice*)
      Scott V. Papp
      One North Broadway, Suite 509
      White Plains, NY 10601
      Telephone: (914) 997-0500
      Telecopier: (914) 997-0035
      E-mail: bhart@lowey.com

      *Counsel for the NYC Funds and*
      *[Proposed] Lead Counsel for Plaintiff Class*

# CERTIFICATE OF SERVICE

I hereby certify that, on this the 25th day of July, 2011, the foregoing was electronically filed with the Clerk of this Court using the Court's ECF system, which will automatically serve a copy of same upon the following attorneys of record:

Christopher J. Keller
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Email: ckeller@labaton.com

James Gerard Stranch , IV
Branstetter, Stranch & Jennings
227 Second Avenue, N
4th Floor
Nashville, TN 37201
Email: gstranch@branstetterlaw.com

Michael W. Stocker
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Email: mstocker@labaton.com

Rachel A. Avan
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Email: ravan@labaton.com

Joel A. Blanchet
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
joel.blanchet@kirkland.com

John R. Jacobson
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
Email: jjacobson@rwjplc.com

Evan Jude Saucier
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
Email: evan.saucier@kirkland.com

James Maxwell Cooper
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
Email: max.cooper@kirkland.com

Peter Duffy Doyle
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
Email: peter.doyle@kirkland.com

David S. Hagy
David S. Hagy, Attorney at Law
1507 16th Avenue South
Nashville, TN 37212
dhagy@hagylaw.com

                                                    s/ T. Harold Pinkley
                                                    T. Harold Pinkley