UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH,<br><br>    Defendants. | Case No. 3:11-cv-433<br><br>Judge John T. Nixon<br>Mag. Judge E. Clifton Knowles<br><br><br>JURY DEMAND |
| DE ZHENG, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH,<br><br>    Defendants. | Case No. 3:11-cv-451<br><br>Judge John T. Nixon<br>Mag. Judge E. Clifton Knowles<br><br><br>JURY DEMAND |
| MINNEAPOLIS FIREFIGHTERS' RELIEF ASSOCIATION, On Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, W. LARRY CASH, and THOMAS MARK BUFORD,<br><br>    Defendants. | Case No. 3:11-cv-601<br><br>Judge Kevin H. Sharp<br>Mag. Judge E. Clifton Knowles<br><br><br>JURY DEMAND |

**APPENDIX OF UNREPORTED CASES**

| Case | Tab |
|---|---|
| *Bang v. Acura Pharms., Inc.*, <br> No. 10-cv-5757, 2011 WL 91099 (N.D. Ill. Jan. 11, 2011) | 1 |
| *Boyd v. NovaStar Fin., Inc.*, <br> No. 07-cv-0139, 2007 WL 2026130 (W.D. Mo. July 9, 2007) | 2 |
| *Burgraff v. Green Bankshares, Inc.*, <br> No. 10-cv-253-CLC, 2011 WL 613281 (E.D. Tenn. Feb. 11, 2011) | 3 |
| *Eastwood Enterprises, LLC v. Farha*, <br> No. 07-cv-1940, 2008 WL 687351 (M.D. Fla. Mar. 11, 2008) | 4 |
| *In re Elan Corp. Sec. Litig.*, <br> No. 08-cv-9179, 2009 WL 1321167 (S.D.N.Y. May 11, 2009) | 5 |
| *Garden City Employees' Ret. Sys. v. Psychiatric Solutions, Inc.*, <br> No. 09-cv-882-WJH, 2010 WL 1790763 (M.D. Tenn. Apr. 30, 2010) | 6 |
| *Goldberger v. PXRE Group, Ltd.*, <br> No. 06-cv-3410, 2007 WL 980417 (S.D.N.Y. Mar. 30, 2007) | 7 |
| *Klugmann v. Am. Capital Ltd.*, <br> No. 09-cv-05, 2009 WL 2499521 (D. Md. Aug. 13, 2009) | 8 |
| *Kuriakose v. Fed. Home Loan Mortgage Co.*, <br> No. 08-cv-7281, 2008 WL 4974839 (S.D.N.Y. Nov. 24, 2008) | 9 |
| *Lax v. First Merchants Acceptance Corp.*, <br> No. 97-cv-2715, 1997 WL 461036 (N.D. Ill. Aug. 11, 1997) | 10 |
| *In re Mills Corp. Sec. Litig.*, <br> No. 06-cv-77, 2006 WL 2035391 (E.D. Va. May 30, 2006) | 11 |
| *In re Regions Morgan Keegan Closed-End Fund Litig.*, <br> No. 07-cv-2830-SHM, 2010 WL 5173851 (W.D. Tenn. Dec. 15, 2010) | 12 |
| *In re Spectranetics Corp. Sec. Litig.*, <br> No. 08-cv-2048, 2009 WL 1663953 (D. Colo. June 15, 2009) | 13 |
| *Teamsters Local 617 Pension & Welfare Funds v. Apollo Group, Inc.*, <br> No. 06-cv-2674, 2007 WL 2692217 (D. Ariz. Sept. 11, 2007) | 14 |
| *In re Watchguard Sec. Litig.*, <br> No. 05-cv-678, 2005 U.S. Dist. LEXIS 40923 (W.D. Wash. July 13, 2005) | 15 |