IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH,<br><br>Defendants. | No. 3:11-cv-00433<br><br>Judge Nixon<br>Magistrate Judge Knowles<br><br>JURY DEMAND |

## ORDER

Pending before the Court is Plaintiffs' Motion for Leave to File Unredacted Consolidated Class Action Complaint for Violations of Federal Securities Laws Under Seal ("Motion") (Doc. No. 69), which pertains to one document (Doc. No. 70). Plaintiffs' Motion is hereby **GRANTED**; the aforementioned document may be filed under seal.

It is so ORDERED.

Entered this 19th day of July, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT