UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) | No. 3:11-cv-00433 |
| v. | ) ) | Judge Nixon Magistrate Judge Knowles |
| COMMUNITY HEALTH SYSTEMS INC., WAYNE T. SMITH and LARRY CASH, | ) ) ) ) | |
| Defendants, | ) | |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Notice is hereby given by the undersigned counsel for Defendant's Community Health Systems Inc., Wayne T. Smith and Larry Cash, that effective June 26, 2014, has relocated his offices and changed his contact information as follows:

>Peter D. Doyle
>Proskauer
>Eleven Times Square
>New York, NY 10036-8299
>d 212.969.3688
>f  212.969.2900
>pdoyle@proskauer.com

Respectfully Submitted,

/s/ Peter Doyle
Peter D. Doyle *(admitted pro hac vice)*
Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3688
f  212.969.2900
pdoyle@proskauer.com

*Counsel for Defendant Community Health Systems, Inc., Wayne T. Smith and Larry Cash*

# CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Notice of Change of Address and Contact Information was served on the following counsel via the Court's CM/ECF system on this 26th day of June, 2014:

Joel A. Blanchet
joel.blanchet@kirkland.com

Lisa LeCointe-Cephas
lisa.lecointe-cephas@kirkland.com
John R. Jacobson
jjacobson@rwjplc.com

Milton S. McGee, III
tmcgee@rwjjplc.com

James N. Bowen
jimbowen@rwjplc.com

Jeffrey A. Berens
jeff@dyerberens.com

James Maxwell Cooper
max.cooper@kirkland.com

James L. Davidson
jdavidson@mgjdlaw.com

Michael Fistel
mfistel@holzerlaw.com

Frederic S. Fox
ffox@kaplanfox.com

David J. George
dgeorge@rgdlaw.com

Rachel A. Avan
raven@labaton.com

David S. Hagy
dhagy@hagylaw.com

David Harrison
dharrison@lowey.com

Barbara J. Hart
bhart@lowey.com

Christopher J. Keller
ckeller@labaton.com

Richard Lockridge
lockrra@locklaw.com

Pamela Mayer
pmayer@kaplanfox.com
Scott Vincent Papp
spapp@lowey.com
T. Harold Pinkley
Harold.pinkley@butlersnow.com

Michael K. Radford
mradford@allen-kopet.com

Robert J. Robbins
rrobbins@rgrdlaw.com

Evan Jude Saucier
evan.saucier@kirkland.com

Thomas Skelton
tskelton@lowey.com

Michael W. Stocker
mstocker@labaton.com

James Gerard Stranch, III
jstranch@branstetterlaw.com

James Gerard Stranch, IV
gstranch@branstetterlaw.com

Joel B. Strauss
jstrauss@kaplanfox.com

Kyle A. Young
kyle.young@arlaw.com

/s/ Peter Doyle