# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    **SETH DAVID FIER**    </u>, Bar # <u>  **SF8260**  </u>

was duly admitted to practice in this Court on

<u>  **AUGUST 28th, 2007**  </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>    on    <u>**JULY 31st, 2014**</u>

<u>Ruby J. Krajick</u>      by <u>  [signature]  </u><br>
Clerk                         Deputy Clerk