IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, | ) ) ) | Civil Action No. 3:11-cv-00433 |
| Plaintiff, | ) ) | Class Action |
| v. | ) ) ) | Judge John T. Nixon<br>Mag. Judge E. Clifton Knowles |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and LARRY CASH, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

IT IS HEREBY ORDERED that Seth D. Fier, of the firm Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299, 212-969-3000, sfier@proskauer.com, is hereby admitted *pro hac vice* in this case as co-counsel for Defendants Community Health Systems, Inc., Wayne T. Smith and Larry Cash.

Dated: August ____, 2014.

_____
E. CLIFTON KNOWLES
U.S. District Magistrate Judge