# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH,<br><br>    Defendants. | Case No.: 3:11-cv-00433 |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Michael I. Fistel, Jr. is withdrawing as counsel for Plaintiff. It is further requested that his name be removed from any applicable service list and that the Clerk terminate the delivery of all CM/ECF notices addressed to mfistel@holzerlaw.com in the above-captioned case. Plaintiff will continue to be represented by other counsel of record from Holzer Holzer & Fistel, LLC.

Dated: April 10, 2014

So Ordered

*s/ Michael I. Fistel, Jr.*

MICHAEL I. FISTEL, JR.
**JOHNSON & WEAVER, LLP**
(Georgia Bar #262062)
michaelf@johnsonandweaver.com
40 Powder Springs Street
Marietta, Georgia 30064
Telephone: (770) 200-3104
Facsimile: (770) 200-3101

*Counsel for Plaintiff*

1