# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| **NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated,** | ) ) ) ) | **Civil Action No. 3:11-cv-00433** |
| **Plaintiff,** | ) ) | **Class Action** |
| **v.** | ) ) | **Judge John T. Nixon** |
| **COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and LARRY CASH,** | ) ) ) ) | **Mag. Judge E. Clifton Knowles** |
| **Defendants.** | ) ) |  |

## NOTICE OF APPEARANCE

Please take notice that Steven A. Riley of the firm Riley Warnock & Jacobson, PLC, hereby enters his appearance as counsel of record for Defendants Community Health Systems, Inc., Wayne T. Smith and Larry Cash in this matter.

s/ Steven A. Riley

Steven A. Riley (BPR # 006258)
John R. Jacobson (BPR # 14365)
Milton S. McGee, III (BPR # 24150)
James N. Bowen (BPR # 24082)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700 – telephone
sriley@rwjplc.com
jjacobson@rwjplc.com
tmcgee@rwjplc.com
jbowen@rwjplc.com

*Attorneys for Defendants Community Health
Systems, Inc., Wayne T. Smith and Larry Cash*

## <u>CERTIFICATE OF SERVICE</u>

        I certify that a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System:

Christopher J. Keller
Rachel A. Avan
Michael W. Stocker
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
ckeller@labaton.com
ravan@labaton.com
mstocker@labaton.com

Frederic S. Fox
Pamela A. Mayer
Joel B. Strauss
Kaplan Fox Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
ffox@kaplanfox.com
pmayer@kaplanfox.com
jstrauss@kaplanfox.com

William Michael Hamilton
Provost, Umphrey Law Firm, LLP
4205 Hillsboro Pike
Suite 303
Nashville, TN 37215
(615) 297-1932
mhamilton@pulf.com

Jeffrey A. Berens
Dyer & Berens LLP
303 E 17th Avenue, Suite 300
Denver, CO 80203
(303) 861-1764
jeff@dyerberens.com

Joel A. Blanchet
James Maxwell Cooper
Lisa V. LeCointe-Cephas
Kirkland & Ellis (NY)
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800
joel.blanchet@kirkland.com
max.cooper@kirkland.com
Lisa.LeCointe-Cephas@kirkland.com

Richard A. Lockridge
Karen Hanson Riebel
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
lockrra@locklaw.com

David S. Hagy
David S. Hagy, Attorney at Law
1507 16th Avenue South
Nashville, TN 37212
(615) 515-7774
dhagy@hagylaw.com

James L. Davidson
Greenwald Davidson PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
(561) 826-5477
jdavidson@mgjdlaw.com

Peter Duffy Doyle
Seth D. Fier
Proskauer Rose, LLP (NY Office)
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
(212) 969-3688
pdoyle@proskauer.com
sfier@proskauer.com

Kyle A. Young
Adams and Reese LLP (Nashville)
424 Church Street
Suite 2700
Nashville, TN 37219-0058
(615) 259-1450
kyle.young@arlaw.com

Robert J. Robbins
David J. George
Robbins Geller Rudman & Dowd LLP
120 E Palmetto Park Road
Suite 500
Boca Raton, FL 33432
(561) 750-3000
dgeorge@rgrdlaw.com
rrobbins@rgrdlaw.com

James Gerard Stranch, III
James Gerard Stranch, IV
Branstetter, Stranch & Jennings
227 Second Avenue, N, 4th Floor
Nashville, TN 37201
(615) 254-8801
jstranch@branstetterlaw.com
gstranch@branstetterlaw.com

T. Harold Pinkley
Butler Snow LLP (Nashville)
The Pinnacle at Symphony Place
150 Third Avenue South, Suite 1600
Nashville, TN 37201
(615) 503-9115
harold.pinkley@butlersnow.com

Michael I. Fistel, Jr.
Johnson & Weaver, LLP (Georgia Office)
40 Powder Springs Street
Marietta, GA 30064
(770) 200-3104
michaelf@johnsonandweaver.com

David Harrison
Barbara J. Hart
Scott Vincent Papp
Thomas Skelton
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601
(914) 997-0500
dharrison@lowey.com
bhart@lowey.com
spapp@lowey.com
tskelton@lowey.com

Michael K. Radford
Flynn & Radford
320 Seven Springs Way
Suite 150
Brentwood, TN 37027
(615) 370-9448
mradford@allen-kopet.com

this 22nd day of September, 2014.

s/ Steven A. Riley _____