UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) ) ) | |
| vs. | ) ) ) | CASE NO. 3:11-cv-00433 JUDGE NIXON/ KNOWLES |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and LARRY CASH, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

I hereby recuse myself in the above-styled action.

_____
E. Clifton Knowles
United States Magistrate Judge