```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF TENNESSEE
                        NASHVILLE DIVISION
```

NORFOLK COUNTY RETIREMENT         )
SYSTEM, individually and on       )
behalf of all others similarly    )
situated,                         )
                                  )
         Plaintiff                )       No. 3:11-0433
                                  )       Senior Judge Nixon/Brown
v.                                )       **Jury Demand**
                                  )
COMMUNITY HEALTH SYSTEMS,         )
INC., et al.,                     )
                                  )
         Defendants               )

### O R D E R

Presently pending is a motion to lift the discovery stay (Docket Entry 112), and a motion for a hearing (Docket Entry 115). The motion for a hearing (Docket Entry 115) is **GRANTED** and this matter is set for a telephone conference on **Thursday, January 29, 2015, at 10:00 a.m. To participate in the conference call, parties will call 877-873-8017 and enter Code 1958322# at the scheduled time.** A joint statement of any unresolved issues must be submitted at least **one full business day** prior to the conference call.

Given the fact that there is a scheduling order in the relative derivative case, *Plumbers and Pipefitters Local Union, et al. v. North, et al.,* 3:11-CV-0489, the Magistrate Judge is inclined to believe that the stay should be lifted and this case should proceed on a roughly parallel scheduling order with the *Plumbers and Pipefitters* case.

Depending on the response of the Defendants, the Magistrate Judge will try to rule on the motion for discovery after listening to counsel at the hearing. If the parties agree that the stay should be lifted, they may proceed at that time. In any case, the parties should submit **one full business day** prior to the telephone conference a draft scheduling order in case the stay is lifted.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge
