

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
914-997-0500 Telephone
914-997-0035 Fax
www.lowey.com

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohoken, PA 19428-2977
610-941-2760 Telephone
610-862-9777 Fax

April 17, 2015

**VIA ECF**
Magistrate Judge Joe B. Brown
United States District Court
for the Middle District of Tennessee
Room 781
801 Broadway
Nashville, TN 37203

   Re: *Norfolk County Retirement System v. Community Health Systems, Inc. et al*
     Civil Action No. 3:11-cv-00433

Dear Judge Brown:

  We are Lead Counsel for Lead Plaintiff New York City Pension Funds in the above-referenced action. We write to advise the Court that the mediation held yesterday was unsuccessful. Therefore, consistent with Paragraph 5(d) of the Initial Case Management Order dated January 30, 2015 (Dkt. No. 121), we respectfully request that the Court schedule a case management conference as soon as is practicable to discuss the progress of this case, including (1) Lead Plaintiff's pending Motion to Lift the PSLRA Discovery Stay (Dkt. No. 112) and Defendants' anticipated opposition thereto, and (2) the scheduling of a hearing before Judge Nixon on Defendants' pending Motion to Dismiss (Dkt. No. 72) which was fully submitted to the Court on January 23, 2013.

              Respectfully,

              Barbara J. Hart

cc: All Counsel (via ECF)