UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff | ) ) | No. 3:11-0433 Senior Judge Nixon/Brown |
| v. | ) ) | **Jury Demand** |
| COMMUNITY HEALTH SYSTEMS, INC., et al., | ) ) ) | |
| Defendants | ) | |

### O R D E R

Lead counsel for the Plaintiff in this matter has advised the Court that mediation was unsuccessful (Docket Entry 122) and in accordance with the case management order (Docket Entry 121) the Magistrate Judge hereby sets a case management conference for **May 11, 2015, at 3:00 p.m., Courtroom 783**.

**One full business day** before the conference the parties are requested to submit a proposed briefing schedule on the Plaintiff's motion for discovery and to lift the PSLRA discovery stay. The **Clerk** is directed to reactivate Docket Entry 112 as a pending motion.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge