```
                    UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION


NORFOLK COUNTY RETIREMENT      )
SYSTEM, individually and on    )
behalf of all others similarly )
situated,                      )   NO. 3:11-cv-0433
                               )   Senior Judge Nixon/Brown
              Plaintiff,       )   JURY DEMAND
                               )
              v.               )
                               )
COMMUNITY HEALTH SYSTEMS,       )
INC., et al.,                  )
                               )
              Defendants.      )
```

**O R D E R**

This matter has been set for an in-court case management conference by previous order (Docket Entry 123). That Order is **AMENDED** to say, the Magistrate Judge hereby sets a case management conference **by telephone** for May 11, 2015, at 3:00 p.m. (CST).

**To participate in the call, the parties are directed to dial (877) 873-8017 and enter Access Code 1958322# when prompted.**

The parties are reminded that they must submit a proposed briefing schedule **one full business day** before the conference by email to: brownchambers@tnmd.uscourts.gov.

It is so **ORDERED**.


                                 /s/ Joe B. Brown
                                JOE B. BROWN
                                United States Magistrate Judge