IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., et al.,<br><br>Defendants. | 3:11-cv-00433<br><br>Judge Nixon<br>Magistrate Judge Brown<br><br>JURY DEMAND |

## ORDER

Pending before the Court is Lead Plaintiff's Motion to Lift the PSLRA Discovery Stay. (Doc. No. 112.) The Court hereby **GRANTS** the Motion and **LIFTS** the stay. Moreover, pursuant to 28 U.S.C. §§ 294(b), the undersigned is unable or unwilling to continue undertaking this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the 12 day of May, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT