UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH and W. LARRY CASH,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Consolidated<br>Civil Action No.: 11-cv-0433<br><br>Class Action<br><br>Judge Aleta Trauger<br>Magistrate Judge Joe B. Brown<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth O. Gonser (TN BPR No. 026329) of the firm Riley Warnock & Jacobson, PLC hereby enters her appearance as counsel of record for Defendants Community Health Systems, Inc., Wayne T. Smith and W. Larry Cash in this matter.

Respectfully submitted,

/s/ Elizabeth O. Gonser
Steven A. Riley
John R. Jacobson
Milton S. McGee, III
Elizabeth O. Gonser
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Fax: (615) 320-3737
sriley@rwjplc.com
jjacobson@rwjplc.com
tmcgee@rwjplc.com
egonser@rwjplc.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

       I certify that a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System:

Peter Duffy Doyle
Seth D. Fier
Proskauer Rose, LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
pdoyle@proskauer.com
sfier@proskauer.com

William M. Hamilton
Provost, Umphrey Law Firm, LLP
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
mhamilton@pulf.com

Barbara J. Hart
David Harrison
Scott V. Papp
Thomas Skelton
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601
bhart@lowey.com
dharrison@lowey.com
spapp@lowey.com
tskelton@lowey.com

Christopher J. Keller
Michael W. Stocker
Rachel A. Avan
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
ckeller@labaton.com
mstocker@labaton.com
ravan@labaton.com

James Gerard Stranch, IV
James Gerard Stranch, III
Branstetter, Stranch & Jennings
227 Second Avenue, N, 4th Floor
Nashville, TN 37201
gerards@bsjfirm.com
jims@bsjfirmc.om

David S. Hagy
David S. Hagy, Attorney at Law
1507 16th Avenue South
Nashville, TN 37212
dhagy@hagylaw.com

Kyle A. Young
Adams and Reese LLP
424 Church Street, Suite 2700
Nashville, TN 37219-0058
kyle.young@arlaw.com

Frederic S. Fox
Joel B. Strauss
Pamela A. Mayer
Kaplan Fox Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
ffox@kaplanfox.com
jstrauss@kaplanfox.com
pmayer@kaplanfox.com

Richard A. Lockridge
Karen Hanson Riebel
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
lockrra@locklaw.com
khriebel@locklaw.com

Michael K. Radford
Flynn & Radford
320 Seven Springs Way, Suite 150
Brentwood, TN 37027
mradford@allen-kopet.com

Robert J. Robbins
David J. George
Robbins Geller Rudman & Dowd LLP
120 E Palmetto Park Road, Suite 500
Boca Raton, FL 33432
rrobbins@rgrdlaw.com
dgeorge@rgrdlaw.com

James L. Davidson
Greenwald Davidson PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
jdavidson@mgjdlaw.com

Jeffrey A. Berens
Dyer & Berens LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
jeff@dyerberens.com

Michael I. Fistel, Jr.
Johnson & Weaver, LLP
40 Powder Springs Street
Marietta, GA 30064
michaelf@johnsonandweaver.com

James Maxwell Cooper
Joel A. Blanchet
Lisa V. LeCointe-Cephas
Kirkland & Ellis
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
max.cooper@kirkland.com
joel.blanchet@kirkland.com
lisa.lecointe-cephas@kirkland.com

Gary A. Orseck
Michael L. Waldman
Alison Barnes
Robbins, Russell, Englert, Orseck,
    Untereiner & Sauber LLP
1801 K Street, N.W., Suite 411L
Washington, DC 20006
Tel: (202) 775-4500
gorseck@robbinsrussell.com
mwaldman@robbinsrussell.com
abarnes@robbinsrussell.com

this the 21st day of May, 2015.

s/ Elizabeth O. Gonser