IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of all Others Similarly Situated, et al, <br><br> Plaintiffs, <br><br> v. <br><br> AIM CO/BOSTON, et al, <br><br> Consol Plaintiffs, <br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., et al, <br> Defendants. | Civil No. 3:11-0433 <br> Judge Trauger |

## O R D E R

The defendants' Motion, Pursuant To Local Rule 7.01(b), For Reconsideration Of Inconsistent Orders Regarding The PSLRA Stay Of Discovery (Docket No. 137) is **GRANTED**. It is hereby **ORDERED** that the portion of Senior Judge Nixon's Order entered May 13, 2015, that lifts the PSLRA discovery stay in its entirety (Docket No. 135) is **VACATED**. The First Amended Case Management Order entered by Magistrate Judge Brown on May 13, 2015, (Docket No. 136) accurately reflects the status of the PSLRA stay in this case.

The Lead Plaintiff's Motion For A Case Management Conference (Docket No. 139) is **DENIED**. Magistrate Judge Brown is managing this case and has set pertinent deadlines going forward. If the parties feel that a change in the case management schedule needs to be made, they should contact Magistrate Judge Brown with regard to that issue. This case remains on referral to the Magistrate Judge for case management and for decision on all nondispositive motions.

This judge will be ruling on the pending Motion To Dismiss (Docket No. 73) within the next several weeks.

It is so **ORDERED**.

ENTER this 27th day of May, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge