UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH and W. LARRY CASH,<br><br>Defendants.<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Consolidated<br>Civil Action No.: 11-cv-0433<br><br>Class Action<br><br>Judge Aleta Trauger<br>Magistrate Judge Joe B. Brown<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that Michael L. Waldman of the firm Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, hereby enters his appearance as counsel of record for Defendants Wayne T. Smith and W. Larry Cash in this matter. Mr. Waldman remains counsel of record for Defendant Community Health Systems, Inc.

1

Respectfully submitted,

/s/ Michael L. Waldman
Gary A. Orseck (*pro hac vice*)
Michael L. Waldman (*pro hac vice*)
Alison Barnes (*pro hac vice*)
Robbins, Russell, Englert, Orseck,
    Untereiner & Sauber LLP
1801 K Street, N.W., Suite 411L
Washington, DC 20006
Tel:  (202) 775-4500
gorseck@robbinsrussell.com
mwaldman@robbinsrussell.com
abarnes@robbinsrussell.com


Steven A. Riley
John R. Jacobson
Milton S. McGee, III
Elizabeth O. Gonser
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
Fax: (615) 320-3737
sriley@rwjplc.com
jjacobson@rwjplc.com
tmcgee@rwjplc.com
egonser@rwjplc.com

*Counsel for Defendants*
*Community Health Systems, Inc.,*
*Wayne T. Smith and W. Larry Cash*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System:

Peter Duffy Doyle
Seth D. Fier
Proskauer Rose, LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
pdoyle@proskauer.com
sfier@proskauer.com

William M. Hamilton
Provost, Umphrey Law Firm, LLP
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
mhamilton@pulf.com

Barbara J. Hart
David Harrison
Scott V. Papp
Thomas Skelton
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601
bhart@lowey.com
dharrison@lowey.com
spapp@lowey.com
tskelton@lowey.com

Christopher J. Keller
Michael W. Stocker
Rachel A. Avan
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
ckeller@labaton.com
mstocker@labaton.com
ravan@labaton.com

James Gerard Stranch, IV
James Gerard Stranch, III
Branstetter, Stranch & Jennings
227 Second Avenue, N, 4th Floor
Nashville, TN 37201
gerards@bsjfirm.com
jims@bsjfirmc.om

David S. Hagy
David S. Hagy, Attorney at Law
1507 16th Avenue South
Nashville, TN 37212
dhagy@hagylaw.com

Kyle A. Young
Adams and Reese LLP
424 Church Street, Suite 2700
Nashville, TN 37219-0058
kyle.young@arlaw.com

Frederic S. Fox
Joel B. Strauss
Pamela A. Mayer
Kaplan Fox Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY 10022
ffox@kaplanfox.com
jstrauss@kaplanfox.com
pmayer@kaplanfox.com

Richard A. Lockridge
Karen Hanson Riebel
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
lockrra@locklaw.com
khriebel@locklaw.com

| | |
|---|---|
| Michael K. Radford<br>Flynn & Radford<br>320 Seven Springs Way, Suite 150<br>Brentwood, TN 37027<br>mradford@allen-kopet.com | Michael I. Fistel, Jr.<br>Johnson & Weaver, LLP<br>40 Powder Springs Street<br>Marietta, GA 30064<br>michaelf@johnsonandweaver.com |
| Robert J. Robbins<br>David J. George<br>Robbins Geller Rudman & Dowd LLP<br>120 E Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>rrobbins@rgrdlaw.com<br>dgeorge@rgrdlaw.com | James Maxwell Cooper<br>Joel A. Blanchet<br>Lisa V. LeCointe-Cephas<br>Kirkland & Ellis<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>max.cooper@kirkland.com<br>joel.blanchet@kirkland.com<br>lisa.lecointe-cephas@kirkland.com |
| James L. Davidson<br>Greenwald Davidson PLLC<br>5550 Glades Road, Suite 500<br>Boca Raton, FL 33431<br>jdavidson@mgjdlaw.com | |
| Jeffrey A. Berens<br>Dyer & Berens LLP<br>303 East 17th Avenue, Suite 300<br>Denver, CO 80203<br>jeff@dyerberens.com | |

This 2nd day of June, 2015.

                                                  s/ Michael L. Waldman