# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH,<br><br>　　　　　　　Defendants. | Civil Action No. 3:11-cv-0433<br><br>Civil Action<br><br>Judge Aleta A. Trauger<br>Mag. Judge Joe Brown |

## NOTICE OF WITHDRAWAL OF COUNSEL

Defendants Community Health Systems, Inc. ("CHSI"), Wayne T. Smith, and W. Larry Cash hereby give notice of the withdrawal of Lisa V. LeCointe-Cephas as one of Defendants' attorneys of record. Ms. LeCointe-Cephas is no longer associated with the firm Kirkland & Ellis LLP. Defendants will continue to be represented by Riley Warnock & Jacobson, PLC.

Dated: June 11, 2015

s/ Joel A. Blanchet_____
Joel A. Blanchet (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
joel.blanchet@kirkland.com

&

s/ John R. Jacobson

John R. Jacobson
**RILEY WARNOCK & JACOBSON, PLC**
1906 West End Ave.
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
jjacobson@rwjplc.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record as listed on the attached list.


    s/ Joel A. Blanchet

CASE-MANAGER-BROWN,CASE-REFERRED,PROTECTIVE-ORDER

# U.S. District Court
## Middle District of Tennessee (Nashville)
### CIVIL DOCKET FOR CASE #: 3:11-cv-00433

| | |
|---|---|
| Norfolk County Retirement System v. Community Health Systems, Inc. et al | Date Filed: 05/09/2011 |
| | Jury Demand: Plaintiff |
| Assigned to: District Judge Aleta A. Trauger | Nature of Suit: 850 Securities/Commodities |
| Referred to: Magistrate Judge Joe Brown | |
| Cause: 15:78m(a) Securities Exchange Act | Jurisdiction: Federal Question |

### Plaintiff

**Norfolk County Retirement System**  represented by  **Christopher J. Keller**
*Individually and on Behalf of all Others Similarly Situated*

Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
Fax: (212) 818-0477
Email: ckeller@labaton.com
*ATTORNEY TO BE NOTICED*

**James Gerard Stranch , IV**
Branstetter, Stranch & Jennings
227 Second Avenue, N
4th Floor
Nashville, TN 37201
(615) 254-8801
Email: gerards@bsjfirm.com
*ATTORNEY TO BE NOTICED*

**Michael W. Stocker**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
Fax: (212) 818-0477
Email: mstocker@labaton.com
*ATTORNEY TO BE NOTICED*

**Rachel A. Avan**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
Fax: (212) 818-0477
Email: ravan@labaton.com

*ATTORNEY TO BE NOTICED*

**William Michael Hamilton**
Provost, Umphrey Law Firm, LLP
4205 Hillsboro Pike
Suite 303
Nashville, TN 37215
(615) 297-1932
Fax: (615) 297-1986
Email: mhamilton@pulf.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**General Retirement System of the City of Detroit** represented by **David S. Hagy**
David S. Hagy, Attorney at Law
1507 16th Avenue South
Nashville, TN 37212
(615) 515-7774
Email: dhagy@hagylaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NYC Funds**
One North Broadway, Suite 509
White Plains, NY 10601
914-997-0500

represented by **Barbara J. Hart**
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza
Suite 509
One North Broadway
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
Email: bhart@lowey.com
*ATTORNEY TO BE NOTICED*

**David Harrison**
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza
Suite 509
One North Broadway
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
Email: dharrison@lowey.com
*ATTORNEY TO BE NOTICED*

**Kyle A. Young**
Adams and Reese LLP (Nashville)
424 Church Street
Suite 2700
Nashville, TN 37219-0058

(615) 259-1450
Fax: (615) 259-1470
Email: kyle.young@arlaw.com
*ATTORNEY TO BE NOTICED*

**Scott Vincent Papp**
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza
Suite 509
One North Broadway
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
Email: spapp@lowey.com
*ATTORNEY TO BE NOTICED*

**T. Harold Pinkley**
Butler Snow LLP (Nashville)
The Pinnacle at Symphony Place
150 Third Avenue South
Suite 1600
Nashville, TN 37201
(615) 503-9115
Fax: (615) 503-9101
Email: harold.pinkley@butlersnow.com
*TERMINATED: 05/23/2013*

**Thomas Skelton**
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza
Suite 509
One North Broadway
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
Email: tskelton@lowey.com
*ATTORNEY TO BE NOTICED*

**William Michael Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alberta Investment Management Corp**    represented by    **James Gerard Stranch , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State-Boston Retirement System**    represented by    **James Gerard Stranch , IV**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.
**Consol Plaintiff**

**AIMCo/Boston** represented by **James Gerard Stranch , III**
Branstetter, Stranch & Jennings
227 Second Avenue, N
4th Floor
Nashville, TN 37201
(615) 254-8801
Email: jims@bsjfirm.com
*ATTORNEY TO BE NOTICED*

**James Gerard Stranch , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Minneapolis Firefighters' Relief Association** represented by **Frederic S. Fox**
Kaplan Fox Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
Email: ffox@kaplanfox.com
*ATTORNEY TO BE NOTICED*

**Joel B. Strauss**
Kaplan Fox Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
Email: jstrauss@kaplanfox.com
*ATTORNEY TO BE NOTICED*

**Karen Hanson Riebel**
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Fax: (612) 339-0981
Email: khriebel@locklaw.com
*ATTORNEY TO BE NOTICED*

        **Michael K. Radford**
Flynn & Radford
320 Seven Springs Way
Suite 150
Brentwood, TN 37027
(615) 370-9448
Email: mradford@allen-kopet.com
*ATTORNEY TO BE NOTICED*

**Pamela A. Mayer**
Kaplan Fox Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
(212) 687-1980
Fax: (212) 687-7714
Email: pmayer@kaplanfox.com
*ATTORNEY TO BE NOTICED*

**Richard A. Lockridge**
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900
Fax: (612) 339-0981
Email: lockrra@locklaw.com
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**De Zheng**      represented by    **David J. George**
*Individually and on Behalf of All Others*
*Similarly Situated*
Robbins Geller Rudman & Dowd LLP
120 E Palmetto Park Road
Suite 500
Boca Raton, FL 33432
(561) 750-3000
Fax: (561) 750-3364
Email: dgeorge@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

**James L. Davidson**
Greenwald Davidson PLLC
5550 Glades Road
Suite 500
Boca Raton, FL 33431
(561) 826-5477
Fax: (561) 961-5684
Email: jdavidson@mgjdlaw.com
*ATTORNEY TO BE NOTICED*

        **James Gerard Stranch , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Berens**
Dyer & Berens LLP
303 E 17th Avenue
Suite 300
Denver, CO 80203
(303) 861-1764
Fax: (303) 395-0393
Email: jeff@dyerberens.com
*ATTORNEY TO BE NOTICED*

**Michael I. Fistel , Jr.**
Johnson & Weaver, LLP (Georgia Office)
40 Powder Springs Street
Marietta, GA 30064
(770) 200-3104
Fax: (770) 200-3101
Email: michaelf@johnsonandweaver.com
*TERMINATED: 08/19/2014*
*PRO HAC VICE*

**Robert J. Robbins**
Robbins Geller Rudman & Dowd LLP
120 E Palmetto Park Road
Suite 500
Boca Raton, FL 33432
(561) 750-3000
Fax: (561) 750-3364
Email: rrobbins@rgrdlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Community Health Systems, Inc.**      represented by    **Alison C. Barnes**
Robbins, Russell, Englert, Orseck & Untereiner
1801 K Street, NW
Suite 411L
Washington, DC 20006
(202) 775-4507
Fax: (202) 775-4510

Email: abarnes@robbinsrussell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary A. Orseck**
Robbins, Russell, Englert, Orseck & Untereiner
1801 K Street, NW
Suite 411L
Washington, DC 20006
(202) 775-4504
Fax: (202) 775-4510
Email: gorseck@robbinsrussell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Jacobson**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: jjacobson@rwjplc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Waldman**
Robbins, Russell, Englert, Orseck & Untereiner
1801 K Street, NW
Suite 411L
Washington, DC 20006
(202) 775-4500
Email: mwaldman@robbinsrussell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth D. Fier**
Proskauer Rose, LLP (NY Office)
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
(212) 969-3000
Email: sfier@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth O. Gonser**
Riley, Warnock & Jacobson
1906 West End Avenue

Nashville, TN 37203
(615) 320-3700
Fax: (615) 320-3737
Email: egonser@rwjplc.com
*ATTORNEY TO BE NOTICED*

**Evan Jude Saucier**
Kirkland & Ellis (NY)
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800
Fax: (212) 446-6460
Email: evan.saucier@kirkland.com
*TERMINATED: 09/20/2012*

**James Maxwell Cooper**
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800
Fax: (212) 446-4900
Email: max.cooper@kirkland.com
*ATTORNEY TO BE NOTICED*

**Joel A. Blanchet**
Kirkland & Ellis (NY)
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800
Fax: (212) 446-6460
Email: joel.blanchet@kirkland.com
*ATTORNEY TO BE NOTICED*

**Lisa V. LeCointe-Cephas**
Kirkland & Ellis (NY)
601 Lexington Avenue
New York, NY 10022-4611
Email: Lisa.LeCointe-Cephas@kirkland.com
*ATTORNEY TO BE NOTICED*

**Peter Duffy Doyle**
Proskauer Rose, LLP (NY Office)
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
(212) 969-3688
Fax: (212) 969-2900

          Email: pdoyle@proskauer.com
          *ATTORNEY TO BE NOTICED*

          **Steven Allen Riley**
          Riley, Warnock & Jacobson
          1906 West End Avenue
          Nashville, TN 37203
          (615) 320-3700
          Email: sriley@rwjplc.com
          *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Wayne T. Smith** | represented by | **John R. Jacobson** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Seth D. Fier** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Alison C. Barnes** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Elizabeth O. Gonser** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Evan Jude Saucier** |
| | | (See above for address) |
| | | *TERMINATED: 09/20/2012* |
| | | |
| | | **Gary A. Orseck** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **James Maxwell Cooper** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Joel A. Blanchet** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Lisa V. LeCointe-Cephas** |
| | | (See above for address) |
| | | *ATTORNEY TO BE NOTICED* |

        **Michael L. Waldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Duffy Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Allen Riley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**W. Larry Cash** represented by **John R. Jacobson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth D. Fier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth O. Gonser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Jude Saucier**
(See above for address)
*TERMINATED: 09/20/2012*

**Gary A. Orseck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Maxwell Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel A. Blanchet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa V. LeCointe-Cephas**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael L. Waldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Duffy Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Allen Riley**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

| | | |
|---|---|---|
| **Thomas Mark Buford** | represented by | **Evan Jude Saucier**<br>Kirkland & Ellis (NY)<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>(212) 446-4800<br>Fax: (212) 446-6460<br>Email: evan.saucier@kirkland.com<br>*TERMINATED: 09/20/2012*<br><br>**James N. Bowen**<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br>Email: jimbowen@rwjplc.com<br>*ATTORNEY TO BE NOTICED*<br><br>**James Maxwell Cooper**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Joel A. Blanchet**<br>Kirkland & Ellis (NY)<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>(212) 446-4800<br>Fax: (212) 446-6460<br>Email: joel.blanchet@kirkland.com |

*ATTORNEY TO BE NOTICED*

**John R. Jacobson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Milton S. McGee , III**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
615) 320-3700
Email: tmcgee@rwjplc.com
*ATTORNEY TO BE NOTICED*

**Peter Duffy Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*