UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH,<br><br>Defendants. | Civil Action No. 3:11-cv-0433<br><br>Civil Action<br><br>Judge Aleta A. Trauger<br>Mag. Judge Joe Brown |

## NOTICE OF WITHDRAWAL OF COUNSEL

Defendants Community Health Systems, Inc. ("CHSI"), Wayne T. Smith, W. Larry Cash and Thomas Mark Buford hereby give notice of the withdrawal of Joel A. Blanchet as one of Defendants' attorneys of record. Defendants will continue to be represented by Riley Warnock & Jacobson, PLC.

Dated: June 11, 2015

                                              s/ Joel A. Blanchet_____
                                              Joel A. Blanchet (admitted pro hac vice)
                                              **KIRKLAND & ELLIS LLP**
                                              601 Lexington Avenue
                                              New York, New York 10022
                                              Telephone: (212) 446-4800
                                              Facsimile: (212) 446-4900
                                              joel.blanchet@kirkland.com

                                                                                       &amp;

                     s/ John R. Jacobson_____

John R. Jacobson
**RILEY WARNOCK & JACOBSON, PLC**
1906 West End Ave.
Nashville, TN 37203
Telephone: (615) 320-3700
Facsimile: (615) 320-3737
jjacobson@rwjplc.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 11, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record as listed on the attached list.


                     s/ Joel A. Blanchet_____

CASE-MANAGER-BROWN,CASE-REFERRED,PROTECTIVE-ORDER

# U.S. District Court
## Middle District of Tennessee (Nashville)
### CIVIL DOCKET FOR CASE #: 3:11-cv-00433

| | |
|---|---|
| Norfolk County Retirement System v. Community Health Systems, Inc. et al | Date Filed: 05/09/2011 |
| Assigned to: District Judge Aleta A. Trauger | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Joe Brown | Nature of Suit: 850 Securities/Commodities |
| Cause: 15:78m(a) Securities Exchange Act | Jurisdiction: Federal Question |

**Plaintiff**

**Norfolk County Retirement System**
*Individually and on Behalf of all Others Similarly Situated*

represented by **Christopher J. Keller**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
Fax: (212) 818-0477
Email: ckeller@labaton.com
*ATTORNEY TO BE NOTICED*

**James Gerard Stranch , IV**
Branstetter, Stranch & Jennings
227 Second Avenue, N
4th Floor
Nashville, TN 37201
(615) 254-8801
Email: gerards@bsjfirm.com
*ATTORNEY TO BE NOTICED*

**Michael W. Stocker**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
Fax: (212) 818-0477
Email: mstocker@labaton.com
*ATTORNEY TO BE NOTICED*

**Rachel A. Avan**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700
Fax: (212) 818-0477
Email: ravan@labaton.com

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **William Michael Hamilton**<br>Provost, Umphrey Law Firm, LLP<br>4205 Hillsboro Pike<br>Suite 303<br>Nashville, TN 37215<br>(615) 297-1932<br>Fax: (615) 297-1986<br>Email: mhamilton@pulf.com<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **General Retirement System of the City of Detroit** | represented by | **David S. Hagy**<br>David S. Hagy, Attorney at Law<br>1507 16th Avenue South<br>Nashville, TN 37212<br>(615) 515-7774<br>Email: dhagy@hagylaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **NYC Funds**<br>One North Broadway, Suite 509<br>White Plains, NY 10601<br>914-997-0500 | represented by | **Barbara J. Hart**<br>Lowey Dannenberg Cohen & Hart PC<br>White Plains Plaza<br>Suite 509<br>One North Broadway<br>White Plains, NY 10601<br>(914) 997-0500<br>Fax: (914) 997-0035<br>Email: bhart@lowey.com<br>*ATTORNEY TO BE NOTICED*<br><br>**David Harrison**<br>Lowey Dannenberg Cohen & Hart PC<br>White Plains Plaza<br>Suite 509<br>One North Broadway<br>White Plains, NY 10601<br>(914) 997-0500<br>Fax: (914) 997-0035<br>Email: dharrison@lowey.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Kyle A. Young**<br>Adams and Reese LLP (Nashville)<br>424 Church Street<br>Suite 2700<br>Nashville, TN 37219-0058 |

        (615) 259-1450
Fax: (615) 259-1470
Email: kyle.young@arlaw.com
*ATTORNEY TO BE NOTICED*

**Scott Vincent Papp**
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza
Suite 509
One North Broadway
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
Email: spapp@lowey.com
*ATTORNEY TO BE NOTICED*

**T. Harold Pinkley**
Butler Snow LLP (Nashville)
The Pinnacle at Symphony Place
150 Third Avenue South
Suite 1600
Nashville, TN 37201
(615) 503-9115
Fax: (615) 503-9101
Email: harold.pinkley@butlersnow.com
*TERMINATED: 05/23/2013*

**Thomas Skelton**
Lowey Dannenberg Cohen & Hart PC
White Plains Plaza
Suite 509
One North Broadway
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
Email: tskelton@lowey.com
*ATTORNEY TO BE NOTICED*

**William Michael Hamilton**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Alberta Investment Management Corp**    represented by **James Gerard Stranch , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**State-Boston Retirement System**    represented by **James Gerard Stranch , IV**

                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**AIMCo/Boston**     represented by     **James Gerard Stranch , III**
                    Branstetter, Stranch & Jennings
                    227 Second Avenue, N
                    4th Floor
                    Nashville, TN 37201
                    (615) 254-8801
                    Email: jims@bsjfirm.com
                    *ATTORNEY TO BE NOTICED*

                    **James Gerard Stranch , IV**
                    (See above for address)
                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Minneapolis Firefighters' Relief**     represented by     **Frederic S. Fox**
**Association**                     Kaplan Fox Kilsheimer LLP
                    850 Third Avenue
                    14th Floor
                    New York, NY 10022
                    (212) 687-1980
                    Email: ffox@kaplanfox.com
                    *ATTORNEY TO BE NOTICED*

                    **Joel B. Strauss**
                    Kaplan Fox Kilsheimer LLP
                    850 Third Avenue
                    14th Floor
                    New York, NY 10022
                    (212) 687-1980
                    Email: jstrauss@kaplanfox.com
                    *ATTORNEY TO BE NOTICED*

                    **Karen Hanson Riebel**
                    Lockridge Grindal Nauen PLLP
                    100 Washington Avenue South
                    Suite 2200
                    Minneapolis, MN 55401
                    (612) 339-6900
                    Fax: (612) 339-0981
                    Email: khriebel@locklaw.com
                    *ATTORNEY TO BE NOTICED*

                    **Michael K. Radford**
                    Flynn & Radford
                    320 Seven Springs Way
                    Suite 150
                    Brentwood, TN 37027
                    (615) 370-9448
                    Email: mradford@allen-kopet.com
                    *ATTORNEY TO BE NOTICED*

                    **Pamela A. Mayer**
                    Kaplan Fox Kilsheimer LLP
                    850 Third Avenue
                    14th Floor
                    New York, NY 10022
                    (212) 687-1980
                    Fax: (212) 687-7714
                    Email: pmayer@kaplanfox.com
                    *ATTORNEY TO BE NOTICED*

                    **Richard A. Lockridge**
                    Lockridge Grindal Nauen PLLP
                    100 Washington Avenue South
                    Suite 2200
                    Minneapolis, MN 55401
                    (612) 339-6900
                    Fax: (612) 339-0981
                    Email: lockrra@locklaw.com
                    *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**De Zheng**     represented by    **David J. George**
*Individually and on Behalf of All Others*     Robbins Geller Rudman & Dowd LLP
*Similarly Situated*     120 E Palmetto Park Road
                    Suite 500
                    Boca Raton, FL 33432
                    (561) 750-3000
                    Fax: (561) 750-3364
                    Email: dgeorge@rgrdlaw.com
                    *ATTORNEY TO BE NOTICED*

                    **James L. Davidson**
                    Greenwald Davidson PLLC
                    5550 Glades Road
                    Suite 500
                    Boca Raton, FL 33431
                    (561) 826-5477
                    Fax: (561) 961-5684
                    Email: jdavidson@mgjdlaw.com
                    *ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **James Gerard Stranch , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey A. Berens**<br>Dyer & Berens LLP<br>303 E 17th Avenue<br>Suite 300<br>Denver, CO 80203<br>(303) 861-1764<br>Fax: (303) 395-0393<br>Email: jeff@dyerberens.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael I. Fistel , Jr.**<br>Johnson & Weaver, LLP (Georgia Office)<br>40 Powder Springs Street<br>Marietta, GA 30064<br>(770) 200-3104<br>Fax: (770) 200-3101<br>Email: michaelf@johnsonandweaver.com<br>*TERMINATED: 08/19/2014*<br>*PRO HAC VICE*<br><br>**Robert J. Robbins**<br>Robbins Geller Rudman & Dowd LLP<br>120 E Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432<br>(561) 750-3000<br>Fax: (561) 750-3364<br>Email: rrobbins@rgrdlaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**<u>Defendant</u>**

| | | |
|---|---|---|
| **Community Health Systems, Inc.** | represented by | **Alison C. Barnes**<br>Robbins, Russell, Englert, Orseck & Untereiner<br>1801 K Street, NW<br>Suite 411L<br>Washington, DC 20006<br>(202) 775-4507<br>Fax: (202) 775-4510 |

Email: abarnes@robbinsrussell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary A. Orseck**
Robbins, Russell, Englert, Orseck & Untereiner
1801 K Street, NW
Suite 411L
Washington, DC 20006
(202) 775-4504
Fax: (202) 775-4510
Email: gorseck@robbinsrussell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Jacobson**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: jjacobson@rwjplc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Waldman**
Robbins, Russell, Englert, Orseck & Untereiner
1801 K Street, NW
Suite 411L
Washington, DC 20006
(202) 775-4500
Email: mwaldman@robbinsrussell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth D. Fier**
Proskauer Rose, LLP (NY Office)
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
(212) 969-3000
Email: sfier@proskauer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth O. Gonser**
Riley, Warnock & Jacobson
1906 West End Avenue

Nashville, TN 37203
(615) 320-3700
Fax: (615) 320-3737
Email: egonser@rwjplc.com
*ATTORNEY TO BE NOTICED*

**Evan Jude Saucier**
Kirkland & Ellis (NY)
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800
Fax: (212) 446-6460
Email: evan.saucier@kirkland.com
*TERMINATED: 09/20/2012*

**James Maxwell Cooper**
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800
Fax: (212) 446-4900
Email: max.cooper@kirkland.com
*ATTORNEY TO BE NOTICED*

**Joel A. Blanchet**
Kirkland & Ellis (NY)
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800
Fax: (212) 446-6460
Email: joel.blanchet@kirkland.com
*ATTORNEY TO BE NOTICED*

**Lisa V. LeCointe-Cephas**
Kirkland & Ellis (NY)
601 Lexington Avenue
New York, NY 10022-4611
Email: Lisa.LeCointe-Cephas@kirkland.com
*ATTORNEY TO BE NOTICED*

**Peter Duffy Doyle**
Proskauer Rose, LLP (NY Office)
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
(212) 969-3688
Fax: (212) 969-2900

                                                          Email: pdoyle@proskauer.com
*ATTORNEY TO BE NOTICED*

**Steven Allen Riley**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: sriley@rwjplc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wayne T. Smith**       represented by   **John R. Jacobson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth D. Fier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth O. Gonser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Jude Saucier**
(See above for address)
*TERMINATED: 09/20/2012*

**Gary A. Orseck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Maxwell Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel A. Blanchet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa V. LeCointe-Cephas**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                 **Michael L. Waldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Duffy Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Allen Riley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**W. Larry Cash**     represented by     **John R. Jacobson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth D. Fier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison C. Barnes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth O. Gonser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Evan Jude Saucier**
(See above for address)
*TERMINATED: 09/20/2012*

**Gary A. Orseck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Maxwell Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel A. Blanchet**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa V. LeCointe-Cephas**

                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Michael L. Waldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Duffy Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Allen Riley**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Thomas Mark Buford**        represented by     **Evan Jude Saucier**
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800
Fax: (212) 446-6460
Email: evan.saucier@kirkland.com
*TERMINATED: 09/20/2012*

**James N. Bowen**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
Email: jimbowen@rwjplc.com
*ATTORNEY TO BE NOTICED*

**James Maxwell Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joel A. Blanchet**
Kirkland & Ellis (NY)
Citigroup Center
601 Lexington Avenue
New York, NY 10022-4611
(212) 446-4800
Fax: (212) 446-6460
Email: joel.blanchet@kirkland.com

*ATTORNEY TO BE NOTICED*

**John R. Jacobson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Milton S. McGee , III**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
615) 320-3700
Email: tmcgee@rwjplc.com
*ATTORNEY TO BE NOTICED*

**Peter Duffy Doyle**
(See above for address)
*ATTORNEY TO BE NOTICED*