```
                   UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | NO. 3:11-cv-0433 Judge Trauger/Brown |
| COMMUNITY HEALTH SYSTEMS, INC., et al., ) ) ) | |
| Defendants. ) | |

### **O R D E R**

At the request of counsel, a telephone conference call is set with the Magistrate Judge for **Wednesday, August 19, 2015, at 2:00 p.m.** To participate in the conference call, the parties are directed to dial **(877) 873-8017 and enter Access Code 1958322#** when prompted. The parties should submit a brief joint statement of the issues and a short statement of their respective positions on the issues to brownchambers@tnmd.uscourts.gov.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge