# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### MATTHEW M. MADDEN

was, on the 5th day of March A.D. 2012 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this 27th day of August A.D. 2015.

**ANGELA D. CAESAR, CLERK**

By: _/s/ Sherryl Horn_
Public Operations Administrator