UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 3:11-00433 Judge Sharp |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH and W. LARRY CASH, ) ) ) ) | |
| Defendants. ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss the Amended Complaint (Docket No. 177) filed by Defendants Community Health Systems, Inc., Wayne T. Smith, and Larry Cash is hereby GRANTED and this case is DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE