UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH and W. LARRY CASH,<br><br>*Defendants*.<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | CONSOLIDATED<br><br>CIVIL ACTION NO.: 11-cv-0433<br><br>JUDGE KEVIN H. SHARP<br><br>MAGISTRATE JUDGE JOE B. BROWN |

## NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff the New York City Employees' Retirement System; the Teachers' Retirement System of the City of New York; the New York City Fire Department Pension Fund; the New York City Police Pension Fund; and the Teachers' Retirement System of the City of New York Variable Annuity Program (collectively, "Lead Plaintiff") hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on June 16, 2016 (Dkt. No. 250) and all associated and underlying orders, including the Memorandum (Dkt. No. 248) and Order (Dkt. No. 249) also dated June 16, 2016, dismissing Lead Plaintiff's First Amended and Consolidated Class Action Complaint (Dkt. No. 170) with prejudice.

Dated: June 27, 2016

                **LOWEY DANNENBERG COHEN & HART, P.C.**

      By:  /s/ Barbara J. Hart_____
            Barbara J. Hart
            David C. Harrison
            Scott V. Papp
            One North Broadway, Suite 509
            White Plains, NY 10601
            Tel: (914) 997-0500
            Fax: (914) 997-0035
            E-mail: bhart@lowey.com
            E-mail: dharrison@lowey.com
            E-mail: spapp@lowey.com

            **PROVOST UMPHREY, LLP**
            W. Michael Hamilton (TN Bar No. 10720)
            Hobbs Building, Suite 303
            4205 Hillsboro Pike
            Nashville, Tennessee 37215
            Tel: (615) 297-1932
            Fax: (615) 297-1986
            E-mail: MHamilton@provostumphrey.com

            *Attorneys for Lead Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2016, a copy of Lead Plaintiff's Notice of Appeal was filed with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy of same upon all counsel of record, as identified in the following chart:

| | |
|---|---|
| Gary A. Orseck<br>Michael L. Waldman<br>Alison Barnes<br>Matthew Madden<br>**Robbins Russell Englert Orseck Untereiner & Sauber LLP**<br>1801 K Street NW, Suite 411<br>Washington, DC 20006<br>Email: mwaldman@robbinsrussell.com<br>Email: gorseck@robbinsrussell.com<br>Email: abarnes@robbinsrussell.com<br>Email: mmadden@robbinsrussell.com<br><br>*Counsel for Defendants Community Health Systems, Inc., Wayne T. Smith, W. Larry Cash, and Thomas Buford* | Steven S. Riley<br>John R. Jacobson<br>James N. Bowen<br>Milton S. McGee, III<br>Elisabeth Gonser<br>**Riley, Warnock & Jacobson PLC**<br>1906 West End Avenue<br>Nashville, TN 37203<br>Email: sriley@rwjplc.com<br>Email: jjacobson@rwjplc.com<br>Email: jimbowen@rwjplc.com<br>Email: tmcgee@rwjplc.com<br>Email: egonser@rwjplc.com<br><br>*Counsel for Defendants Community Health Systems, Inc., Wayne T. Smith, W. Larry Cash, and Thomas Buford* |
| Christopher J. Keller<br>Michael W. Stocker<br>Rachel A. Avan<br>**Labaton Sucharow LLP**<br>140 Broadway<br>New York, NY 10005<br>Email: ckeller@labaton.com<br>Email: mstocker@labaton.com<br>Email: ravan@labaton.com<br><br>*Counsel for Norfolk County Retirement System, Alberta Investment Management Corp. and State-Boston Retirement System* | James Gerard Stranch, IV<br>James Gerard Stranch, III<br>**Branstetter, Stranch & Jennings**<br>227 Second Avenue, N – 4th Floor<br>Nashville, TN 37201<br>Email: gstranch@branstetterlaw.com<br><br>*Counsel for Norfolk County Retirement System, Alberta Investment Management Corp. and State-Boston Retirement System* |

| | |
|---|---|
| Jeffrey A. Berens<br>**Dyer & Berens LLP**<br>303 E. 17th Ave. – Suite 300<br>Denver, CO 80203<br>Email: Jeff@dyerberens.com<br><br>James L. Davidson<br>**Greenwald Davidson PLLC**<br>5550 Glades Road , Suite 500<br>Boca Raton, FL 33431<br>Email:  jdavidson@mgjdlaw.com<br><br>*Counsel for De Zheng* | Robert J. Robbins<br>David R. George<br>**Robbins Geller Rudman & Dowd LLP**<br>120 E. Palmetto Park Road – Suite 500<br>Boca Raton, FL 33432<br>Email:  rrobbins@rgrdlaw.com<br>Email:  dgeorge@rgrdlaw.com<br><br>*Counsel for De Zheng* |
| Frederic S. Fox<br>Joel B. Strauss<br>Pamela A. Mayer<br>**Kaplan Fox & Kilsheimer LLP**<br>850 Third Ave. – 14th Floor<br>New York, NY  10022<br>Email: ffox@kaplanfox.com<br>Email: strauss@kaplanfox.com<br>Email: pmayer@kaplanfox.com<br>*Counsel for Minneapolis Firefighters' Relief Association* | Michael K. Radford<br>**Flynn & Radford**<br>320 Seven Springs Way, Suite 150<br>Brentwood, TN 37027<br>Email:  mradford@allen-kopet.com<br><br>*Counsel for Minneapolis Firefighters' Relief Association* |
| David S. Hagy<br>**David S. Hagy, Attorney at Law**<br>1507 16th Avenue South<br>Nashville, TN 37212<br>Email: dhagy@hagylaw.com<br><br>*Counsel for General Retirement System of the City of Detroit* | Richard A. Lockridge<br>Karen H. Riebel<br>**Lockridge Grindal & Nauen, PLLP**<br>100 Washington Ave. S. – Suite 2200<br>Minneapolis, MN 55401<br>Email: lockrra@locklaw.com<br>Email: khriebel@locklaw.com<br><br>*Counsel for Minneapolis Firefighters' Relief Association* |

Dated:  June 27, 2016

                                                                     /s/  Scott V. Papp

{2499 / NOT / 00136154.DOCX v2}                              2

Case 3:11-cv-00433   Document 251   Filed 06/27/16   Page 4 of 4 PageID #: 8080