**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: January 29, 2018

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

        Re:  Case No. 16-6059, *Norfolk Co. Retirement System, et al v. Community Health Systems, Inc., et al*
             Originating Case No. : 3:11-cv-00433 : 3:11-cv-00451 : 3:11-cv-00601

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                               Sincerely yours,

                               s/Bryant L. Crutcher
                               Case Manager
                               Direct Dial No. 513-564-7013

cc:  Mr. W. Michael Hamilton
     Mr. David C. Harrison
     Ms. Barbara J. Hart
      Daniel Noah Lerman
     Mr. Matthew M. Madden
     Mr. Milton S. McGee III
     Mr. Gary Orseck
     Mr. Scott Vincent Papp
     Mr. Steven A. Riley
     Mr. Michael L. Waldman

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-6059

_____

Filed: January 29, 2018

NORFOLK COUNTY RETIREMENT SYSTEM,
   individually and on behalf of all others similarly situated, et al.

      Plaintiffs

 and

NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM;
NEW YORK CITY TEACHERS' RETIREMENT SYSTEM;
NEW YORK CITY FIRE DEPARTMENT PENSION FUND;
NEW YORK CITY POLICE DEPARTMENT PENSION FUND;
NEW YORK CITY TEACHERS' RETIREMENT SYSTEM VARIABLE ANNUITY
PROGRAM

      Plaintiffs - Appellants

v.

COMMUNITY HEALTH SYSTEMS, INC.; WAYNE T. SMITH; W. LARRY CASH

      Defendants - Appellees

a

## MANDATE

  Pursuant to the court's disposition that was filed 12/13/2017 the mandate for this case hereby issues today.


COSTS:  None