IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and LARRY CASH, <br><br> Defendants. | NO. 3:11-cv-00433 <br> CONSOLIDATED CASES <br> JUDGE RICHARDSON |

## **ORDER**

For the reasons discussed the accompanying Memorandum Opinion, the Court **GRANTS** Lead Plaintiff's Motion for Class Certification (Doc. No. 270). The Court **CERTIFIES** the following Class:

> All persons who and entities who purchased the publicly traded common stock of CHS from July 27, 2006 through April 8, 2011, inclusive, or who were damaged thereby. Excluded from the Class are Defendants, the officers and directors of the company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entry in which Defendants have or had a controlling interest.

Lead Plaintiff (NYC Funds) is **APPOINTED** as Class Representative, and Lowey Dannenberg is **APPOINTED** as Class Counsel.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE