## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of others similarly situated, | ) ) ) | |
| | ) | No. 3:11-cv-00433 |
| Plaintiff, | ) | Judge Richardson |
| | ) | Magistrate Judge Brown |
| | ) | JURY DEMAND |
| v. | ) | |
| | ) | |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 1, 2019, a telephone conference was conducted to discuss Lead Plaintiff's 30(b)(6) deposition of EmCare. However, Lead Plaintiff and Defendant indicated they had entered discussions on possible mediation efforts after a July 29, 2019 teleconference with the Magistrate Judge (D.E. 397).

In order to allow for mediation efforts to continue and possibly avoid unnecessary costs, the Magistrate Judge will stay all proceedings including the trial date at least through a status telephone conference in early October on a date to be determined by the parties. If settlement is not foreseeable at that time a new scheduling order will be entered and a new trial date will be recommended. The parties will inform the Court of their chosen date based on the available dates discussed on the call. Parties should be prepared to discuss any remaining disputes surrounding the Rule 30(b)(6) deposition of EmCare, if any, on the October telephone conference.

It is so **ORDERED.**

/s/      Joe B. Brown
JOE B. BROWN
United States Magistrate Judge