**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **NORFOLK COUNTY RETIREMENT SYSTEM, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 3:11-cv-00433**<br>**Judge Richardson**<br>**Magistrate Judge Brown** |
| **COMMUNITY HEALTH SYSTEMS INC., et al.,** | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

A telephone conference is set with the Magistrate Judge for **Monday**, **October 7, 2019, at 1:30 p.m. CDT. To participate in the conference call, the parties are directed to dial (877) 873-8017 at the scheduled time and enter Access Code 1958322# when prompted.** If you have difficulty connecting to the call or have been on hold for more than five (5) minutes, please call 615-736-2119.

By **3:00 p.m. C.D.T. on Thursday, October 3, 2019**, the parties are directed to submit a joint statement of any issues in dispute and their respective positions on the issues by email to: brownchambers@tnmd.uscourts.gov.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge