IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH,<br><br>Defendants. | ) | NO. 3:11-cv-00433<br>JUDGE RICHARDSON |

**ORDER**

Pending before the Court is Class Representative NYC Funds's Motion to Clarify Class Definition. (Doc. No. 400). Defendants are **DIRECTED** to file a response by Friday, August 23, 2019.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE