UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH and W. LARRY CASH,<br><br>*Defendants.* | Consolidated<br>Civil Action No.: 11-cv-0433<br><br>Judge Eli Richardson<br>Magistrate Judge Joe B. Brown |

# LEAD PLAINTIFF'S UNOPPOSED MOTION
# FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement dated January 21, 2020 with exhibits, the declaration of David Harrison, and all pleadings and records on file in this case, Lead Plaintiff, the New York City Employees' Retirement System, the Teachers' Retirement System of the City of New York, the New York City Fire Department Pension Fund, the New York City Police Pension Fund, and the Teachers' Retirement System of the City of New York Variable Annuity Program (collectively, "the Funds" or "Lead Plaintiff"), by and through its attorneys, hereby moves this Court for entry of the Proposed Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Class, agreed upon by all parties, which: (1) grants preliminary approval of the proposed settlement; (2) approves the form and manner of notice of the proposed settlement to the Class; (3) sets a hearing date for final approval of the proposed settlement, the plan of allocation of settlement proceeds, Lead Counsel's application for attorneys' fees and litigation expenses, and an award to Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(4); and (4) schedules various deadlines relevant thereto. Defendants do not oppose the motion.

Dated: January 21, 2020

Respectfully submitted,

/s/ Barbara J. Hart
Barbara J. Hart (*pro hac vice*)
David C. Harrison (*pro hac vice*)
Scott V. Papp (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel:     (914) 997-0500
Fax:    (914) 997-0035
bhart@lowey.com
dharrison@lowey.com
spapp@lowey.com

*Attorneys for Lead Plaintiff NYC Pension Funds*

Michael Hamilton
**PROVOST UMPHREY LLP**
2021 Richard Jones Road
Nashville, TN 37215
Tel:     (615) 242-0199
Fax:    (615) 256-5922
mhamilton@provostumphrey.com

*Local Counsel for Lead Plaintiff NYC Pension Funds*

# CERTIFICATE OF SERVICE

I hereby certify that, on January 21, 2020, Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Settlement and the attached Proposed Order were filed via CM/ECF electronic filing which sends electronic notification to all counsel of record, as identified in the following chart:

| | |
|---|---|
| Gary A. Orseck<br>Michael L. Waldman<br>Alison Barnes<br>Matthew Madden<br>**Robbins Russell Englert Orseck Untereiner & Sauber LLP**<br>2000 K Street NW, 4th Floor<br>Washington, DC 20006<br>Email: mwaldman@robbinsrussell.com<br>Email: gorseck@robbinsrussell.com<br>Email: abarnes@robbinsrussell.com<br>Email: mmadden@robbinsrussell.com<br><br>*Counsel for Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash* | Steven A. Riley<br>John R. Jacobson<br>James N. Bowen<br>Milton S. McGee, III<br>Elisabeth Gonser<br>**Riley, Warnock & Jacobson PLC**<br>1906 West End Avenue<br>Nashville, TN 37203<br>Email: sriley@rwjplc.com<br>Email: jjacobson@rwjplc.com<br>Email: jimbowen@rwjplc.com<br>Email: tmcgee@rwjplc.com<br>Email: egonser@rwjplc.com<br><br>*Counsel for Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash* |
| Peter D. Doyle<br>Seth D. Fier<br>**Proskauer Rose LLP**<br>Eleven Times Square<br>New York, New York 10036-8299<br>Email: pdoyle@proskauer.com<br>Email: sfier@proskauer.com<br><br>*Counsel for Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash* | |

4

| | |
|---|---|
| Christopher J. Keller<br>Rachel A. Avan<br>**Labaton Sucharow LLP**<br>140 Broadway<br>New York, NY 10005<br>Email: ckeller@labaton.com<br>Email: ravan@labaton.com<br><br>*Counsel for Norfolk County Retirement System* | James Gerard Stranch, IV<br>James Gerard Stranch, III<br>**Branstetter, Stranch & Jennings**<br>227 Second Avenue, N – 4th Floor<br>Nashville, TN 37201<br>Email: gerards@bsjfirm.com<br>Email: jims@bsjfirm.com<br><br>*Counsel for Norfolk County Retirement System, Alberta Investment Management Corp., State-Boston Retirement System, De Zheng* |
| Robert J. Robbins<br>**Robbins Geller Rudman & Dowd LLP**<br>120 E. Palmetto Park Road – Suite 500<br>Boca Raton, FL 33432<br>Email: rrobbins@rgrdlaw.com<br><br>*Counsel for De Zheng* | Jeffrey A. Berens<br>**Dyer & Berens LLP**<br>303 E. 17th Ave. – Suite 300<br>Denver, CO 80203<br>Email: jeff@dyerberens.com<br><br>*Counsel for De Zheng* |
| Frederic S. Fox<br>Joel B. Strauss<br>Pamela A. Mayer<br>**Kaplan Fox & Kilsheimer LLP**<br>850 Third Ave. – 14th Floor<br>New York, NY 10022<br>Email: ffox@kaplanfox.com<br>Email: strauss@kaplanfox.com<br>Email: pmayer@kaplanfox.com<br><br>*Counsel for Minneapolis Firefighters' Relief Association* | Richard A. Lockridge<br>Karen H. Riebel<br>**Lockridge Grindal & Nauen, PLLP**<br>100 Washington Ave. S. – Suite 2200<br>Minneapolis, MN 55401<br>Email: lockrra@locklaw.com<br>Email: khriebel@locklaw.com<br><br>*Counsel for Minneapolis Firefighters' Relief Association* |
| Michael K. Radford<br>**Flynn & Radford**<br>320 Seven Springs Way, Suite 150<br>Brentwood, TN 37027<br>Email: mradford@allen-kopet.com<br><br>*Counsel for Minneapolis Firefighters' Relief Association* | David S. Hagy<br>**David S. Hagy, Attorney at Law**<br>1507 16th Avenue South<br>Nashville, TN 37212<br>Email: dhagy@hagylaw.com<br><br>*Counsel for General Retirement System of the City of Detroit* |

5

| | |
|---|---|
| Donald W. Davis<br>**Brennan, Manna & Diamond, LLC**<br>75 East Market Street<br>Akron, OH 44308<br>dwdavis@bmdllc.com<br><br>*Attorneys for Non-Party Carolyn Lipp* | Samuel P. Funk<br>**SimsFunk, PLC**<br>3322 West End Ave., #200<br>Nashville, TN 37203<br>sfunk@simsfunk.com<br><br>*Attorneys for Non-Party Carolyn Lipp* |
| Abid. R. Qureshi (*pro hac vice*)<br>**Latham & Watkins LLP**<br>555 11th Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Tel: 202-637-2240<br>Fax: 202-637-2201<br>Email: abid.qureshi@lw.com<br><br>*Counsel for Nonparty Gary D. Newsome* | C. J. Gideon, Jr.<br>J. Blake Carter<br>**Gideon, Cooper & Essary, PLC**<br>315 Deaderick Street, Suite 1100<br>Nashville, TN 37238<br>Tel: 615-254-0400<br>Fax: 615-254-0459<br>Email: cj@gideoncooper.com<br>Email: blake@gideoncooper.com<br><br>*Counsel for Nonparty Gary D. Newsome* |

Dated:  January 21, 2020

/s/  Barbara J. Hart