# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>  v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH and W. LARRY CASH,<br><br>      *Defendants*. | Consolidated<br>Civil Action No.: 11-cv-0433<br><br>Judge Eli Richardson<br>Magistrate Judge Alistair E. Newbern |

**LEAD PLAINTIFF'S MOTIONS FOR (1) FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION;
(2) APPLICATION OF LEAD COUNSEL FOR AN AWARD OF ATTORNEYS'
FEES AND EXPENSES; AND (3) APPLICATION FOR AN AWARD TO LEAD
PLAINTIFF'S ATTORNEYS PURSUANT TO 15 U.S.C. §78-u4(a)(4)**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to an Order of the Court dated January 30, 2020, that on June 19, 2020, at 8:30 a.m., before the Honorable Eli Richardson, United States District Judge, Lead Plaintiff will and hereby moves for orders approving the proposed settlement of the above-captioned action, the Plan of Allocation of settlement proceeds, and the applications for an award of Lead Counsel's fees and expenses, and an award to Lead Plaintiff's attorneys pursuant to the Private Securities Law Reform Act, 15 U.S.C. §78u-4(a)(4).  Lead Plaintiff's motion is based on the Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation; the Memorandum of Law in Support of Lead Counsel's Application for an Award of Attorneys' Fees and Expenses and the Application for an Award to Lead Plaintiff's Attorneys; the Declaration of Barbara J. Hart; the Declarations of Layn Phillips; the Declaration of Alan H. Kleinman; the Declaration of Adam Walter; the previously submitted Declaration of Michael Marek; the Stipulation of Settlement; all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.  Proposed Final Judgment and Order of Dismissal and Order Awarding Attorneys' Fees and Expenses are attached as Exhibits A and B hereto.

PLEASE ALSO TAKE NOTICE that on May 1, 2020, Lead Plaintiff filed an unopposed motion requesting that the June 19, 2020 hearing be held by teleconference rather than in-person at the Estes Kefauver Federal Building & Courthouse, United States District Court for the Middle District of Tennessee, Courtroom 874, 801 Broadway, Nashville, TN 37203.  If the Court so orders, Lead Plaintiff will update the Settlement website, www.CHSSecuritiesSettlement.com with the dial-in information.

Dated: May 11, 2020

        Respectfully submitted,

        /s/ Barbara J. Hart
        Barbara J. Hart (*pro hac vice*)
        David C. Harrison (*pro hac vice*)
        Scott V. Papp (*pro hac vice*)
        **LOWEY DANNENBERG, P.C.**
        44 South Broadway, Suite 1100
        White Plains, NY 10601
        Tel:    (914) 997-0500
        Fax:   (914) 997-0035
        bhart@lowey.com
        dharrison@lowey.com
        spapp@lowey.com

        *Attorneys for Lead Plaintiff NYC Pension Funds*

        Michael Hamilton
        **PROVOST UMPHREY LLP**
        2021 Richard Jones Road
        Nashville, TN 37215
        Tel:    (615) 242-0199
        Fax:   (615) 256-5922
        mhamilton@provostumphrey.com

        *Local Counsel for Lead Plaintiff NYC Pension Funds*

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, the Notice of Motion and Exhibits A and B were filed via CM/ECF electronic filing which sends electronic notification to all counsel of record, as identified in the following chart:

| | |
|---|---|
| Gary A. Orseck<br>Michael L. Waldman<br>Alison Barnes<br>Matthew Madden<br>**Robbins Russell Englert Orseck Untereiner & Sauber LLP**<br>2000 K Street NW, 4th Floor<br>Washington, DC 20006<br>Email: mwaldman@robbinsrussell.com<br>Email: gorseck@robbinsrussell.com<br>Email: abarnes@robbinsrussell.com<br>Email: mmadden@robbinsrussell.com<br><br>*Counsel for Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash* | Steven A. Riley<br>John R. Jacobson<br>James N. Bowen<br>Milton S. McGee, III<br>Elisabeth Gonser<br>**Riley, Warnock & Jacobson PLC**<br>1906 West End Avenue<br>Nashville, TN 37203<br>Email: sriley@rwjplc.com<br>Email: jjacobson@rwjplc.com<br>Email: jimbowen@rwjplc.com<br>Email: tmcgee@rwjplc.com<br>Email: egonser@rwjplc.com<br><br>*Counsel for Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash* |
| Peter D. Doyle<br>Seth D. Fier<br>**Proskauer Rose LLP**<br>Eleven Times Square<br>New York, New York 10036-8299<br>Email: pdoyle@proskauer.com<br>Email: sfier@proskauer.com<br><br>*Counsel for Defendants Community Health Systems, Inc., Wayne T. Smith, and W. Larry Cash* | |

| | |
|---|---|
| Christopher J. Keller<br>Rachel A. Avan<br>**Labaton Sucharow LLP**<br>140 Broadway<br>New York, NY 10005<br>Email: ckeller@labaton.com<br>Email: ravan@labaton.com<br><br>*Counsel for Norfolk County Retirement System* | James Gerard Stranch, IV<br>James Gerard Stranch, III<br>**Branstetter, Stranch & Jennings**<br>227 Second Avenue, N – 4th Floor<br>Nashville, TN 37201<br>Email: gerards@bsjfirm.com<br>Email: jims@bsjfirm.com<br><br>*Counsel for Norfolk County Retirement System, Alberta Investment Management Corp., State-Boston Retirement System, De Zheng* |
| Robert J. Robbins<br>**Robbins Geller Rudman & Dowd LLP**<br>120 E. Palmetto Park Road – Suite 500<br>Boca Raton, FL 33432<br>Email: rrobbins@rgrdlaw.com<br><br>*Counsel for De Zheng* | Jeffrey A. Berens<br>**Dyer & Berens LLP**<br>303 E. 17th Ave. – Suite 300<br>Denver, CO 80203<br>Email: jeff@dyerberens.com<br><br>*Counsel for De Zheng* |
| Frederic S. Fox<br>Joel B. Strauss<br>Pamela A. Mayer<br>**Kaplan Fox & Kilsheimer LLP**<br>850 Third Ave. – 14th Floor<br>New York, NY 10022<br>Email: ffox@kaplanfox.com<br>Email: strauss@kaplanfox.com<br>Email: pmayer@kaplanfox.com<br><br>*Counsel for Minneapolis Firefighters' Relief Association* | Richard A. Lockridge<br>Karen H. Riebel<br>**Lockridge Grindal & Nauen, PLLP**<br>100 Washington Ave. S. – Suite 2200<br>Minneapolis, MN 55401<br>Email: lockrra@locklaw.com<br>Email: khriebel@locklaw.com<br><br>*Counsel for Minneapolis Firefighters' Relief Association* |
| Michael K. Radford<br>**Flynn & Radford**<br>320 Seven Springs Way, Suite 150<br>Brentwood, TN 37027<br>Email: mradford@allen-kopet.com<br><br>*Counsel for Minneapolis Firefighters' Relief Association* | David S. Hagy<br>**David S. Hagy, Attorney at Law**<br>1507 16th Avenue South<br>Nashville, TN 37212<br>Email: dhagy@hagylaw.com<br><br>*Counsel for General Retirement System of the City of Detroit* |

| | |
|---|---|
| Donald W. Davis<br>**Brennan, Manna & Diamond, LLC**<br>75 East Market Street<br>Akron, OH 44308<br>dwdavis@bmdllc.com<br><br>*Attorneys for Non-Party Carolyn Lipp* | Samuel P. Funk<br>**SimsFunk, PLC**<br>3322 West End Ave., #200<br>Nashville, TN 37203<br>sfunk@simsfunk.com<br><br>*Attorneys for Non-Party Carolyn Lipp* |
| Abid. R. Qureshi (*pro hac vice*)<br>**Latham & Watkins LLP**<br>555 11th Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Tel: 202-637-2240<br>Fax: 202-637-2201<br>Email: abid.qureshi@lw.com<br><br><br>*Counsel for Nonparty Gary D. Newsome* | C. J. Gideon, Jr.<br>J. Blake Carter<br>**Gideon, Cooper & Essary, PLC**<br>315 Deaderick Street, Suite 1100<br>Nashville, TN 37238<br>Tel: 615-254-0400<br>Fax: 615-254-0459<br>Email: cj@gideoncooper.com<br>Email: blake@gideoncooper.com<br><br>*Counsel for Nonparty Gary D. Newsome* |

Dated: May 11, 2020

/s/ Barbara J. Hart

Barbara J. Hart (*pro hac vice*)
David C. Harrison (*pro hac vice*)
Scott V. Papp (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035
bhart@lowey.com
dharrison@lowey.com
spapp@lowey.com

*Attorneys for Lead Plaintiff NYC Pension Funds*

Michael Hamilton
**PROVOST UMPHREY LLP**
2021 Richard Jones Road
Nashville, TN 37215
Tel: (615) 242-0199
Fax: (615) 256-5922

mhamilton@provostumphrey.com

*Local Counsel for Lead Plaintiff NYC Pension Funds*