IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH, <br><br> Defendants. | NO. 3:11-cv-00433 <br> JUDGE RICHARDSON |

## ORDER

On June 12, 2020, Lead Plaintiff NYC Funds filed a revised Proposed Final Approval Order (Doc. No. 450-2, "Revised Proposed Order"). The Revised Proposed Order states that "[a] request to be excluded from the Class Action was received from Dale Marcus on May 28, 2020, after the deadline to request exclusion. The request for exclusion is rejected as untimely and for lack of standing because Marcus has failed to provide any evidence that he is a Class Member." (Doc. No. 450-2 ¶ 5). Lead Plaintiff is **DIRECTED** to file a declaration attaching the request, explaining the circumstances of its receipt, and providing any additional known information relevant to Mr. Marcus's request.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE