IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, individually and on behalf of others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | NO. 3:11-cv-00433 JUDGE RICHARDSON |
| v. ) ) | |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, and W. LARRY CASH, ) ) ) ) | |
| Defendants. ) | |

## ORDER

On June 16, 2020, the Court ordered Lead Plaintiff to file a declaration attaching Dale Marcus's request for exclusion, explaining the circumstances of its receipt, and providing any additional known information relevant to Mr. Marcus's request. (Doc. No. 453). The Court notes that Lead Plaintiff did attach the Mr. Marcus's request to the Supplemental Walter Declaration filed on June 12, 2020. (Doc. No. 250-1). However, Lead Plaintiff states in the Walter Declaration that the request to be excluded was received from Dale Marcus on May 27, 2020. (*Id.* at 9). However, in the revised Proposed Final Approval Order, Lead Plaintiff states that the request to be excluded was received from Dale Marcus on May 28, 2020. In addition, in Lead Plaintiff's Reply In Support of Lead Plaintiff's Unopposed Motion For Final Approval of the Settlement and Plan of Allocation, Lead Plaintiff stated that it was making further inquiry regarding Mr. Marcus' status as a Class Member. (Doc. No. 446 at 2 n.1). Accordingly, Lead Plaintiff need not refile the letter but shall clarify the details of its receipt and provide any additional known information relevant to Mr. Marcus's request including any further inquiry it made into Mr. Marcus' status as a Class Member.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE